John E. Gutbezahl

JOHN E. GUTBEZAHL, LLC

OSB No. 940845

5 Centerpointe Drive Suite 400

Lake Oswego Oregon 97035

gutbezahl@me.com

503.594.1919

Attorney for Defendant and Trial Attorney

UNITED STATES DISTRICT COURT

District of Oregon

Portland Division Oregon

UNITED STATES OF AMERICA

Plaintiff

v.

ANDY AVILES

Defendant

**DEFENDANT'S SENTENCING
MEMORANDUM**

Case: 3:24-CR-00426-002-AB

Mr. Aviles hereby submits this memorandum in support of an appropriate sentence

for a 32 year old young man  and who has minimal criminal history that involves substance

abuse.  Mr. Aviles lived in the Salem Oregon area with family for a significant period of his

DEFENDANT'S  SENTENCING MEMORANDUM                                        PAGE 1

life.  He has  Mr. Aviles has been gainfully employed  both prior to his arrest and after his release from custody.  He  has been residing and working  in Idaho since this past fall.   Mr. Aviles is the proud dad of his daughter who is  3 years old.  Mr. Aviles has been working hard to support his daughter.  Mr. Aviles  specifically requested  that his sentencing be delayed  so that he could  earn as much money   before his anticipated incarceration.

Mr. Aviles did not possess any firearms, did not engage in violent behavior, and is not the leader of the group involved in these transactions.  A number of co-defendants have resolved their cases and were granted time served. While Mr. Aviles understands that there a differing levels of culpability, others who were engaged in criminal activity were sentenced to very low levels of incarceration.

The guidelines are of course advisory.  Under 18 USC. 3553(a) the court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider

(1)   the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)   the need for the sentence imposed    A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

(B) to afford adequate deterrence to criminal conduct;

(C) to protect the public from further crimes of the defendant;

DEFENDANT'S  SENTENCING MEMORANDUM                                        PAGE 2

and

(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

Mr. Aviles, according the police reports, was cooperative with law enforcement at the time of his arrest and the search of his residence. However, Mr. Aviles has accepted responsibility for his actions.

There has been a significant change in the wind in sentencing. The First Step Act is hopefully more than a First and Only Step. But that legislation as well as our current President's pardon of a significant number of persons convicted of drug offenses signifies a further movement on reducing mass, long term incarceration. Mr. Aviles likely will not be granted a pardon but should be entitled to consideration of prevailing winds.

Mr. Aviles could have fled but did not. He stayed and made all his release appearances, attorney meetings, and court appearances. There is no doubt that offenses are serious and will warrant punishment. However at 32 years of age, Mr. Aviles has certainly learned his lesson. There is no need to protect the public from defendant that would justify the presentence report's requested sentence. A sentence of 60 months is more than deterrent enough for others, and promote respect for the law. Mr. Aviles respectfully requests that this Court sentence him to the 60 months. Furthermore Mr. Aviles requests that this Court recommend Mr. Aviles to be eligible for all programing including the RDAP program and if

DEFENDANT'S SENTENCING MEMORANDUM                               PAGE 3

possible a recommendation that he serve his time at Sheridan to be close to his family.  Mr. Aviles should be allowed to self report.

Mr. Aviles is a very respectful, peaceful, hard working father.  He did violate the law however, Mr. Aviles should be allowed to continue his life while he is still in his mid to late 3o's.  Any sentence in excess of 6o months does not serve the interests of justice.

January 7 2026

/s/ John E. Gutbezahl

JOHN E. GUTBEZAHL OSB#940845
Attorney for Defendant

DEFENDANT'S  SENTENCING MEMORANDUM                                PAGE 4

DEFENDANT'S  SENTENCING MEMORANDUM                              PAGE 5